IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONYA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-46-WKW |
| | ) | [WO] |
| PUBLIX STORES and PUBLIX | ) | |
| SUPERMARKETS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 21, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record, the Recommendation is due to be adopted. Accordingly, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 14) is ADOPTED;

(2)   Plaintiff's motion to remand (Doc. # 6) is construed as containing a motion to amend the complaint;

(3)   Plaintiff's motion to amend the complaint (Doc. # 6) is GRANTED;

(4)   All federal-law claims are DISMISSED;

(5)   Supplemental jurisdiction over the state-law claims is DECLINED;

(6)     Plaintiff's motion to remand (Doc. # 6) the state-law claims is GRANTED and the state-law claims are REMANDED to the Circuit Court of Montgomery, Alabama pursuant to 28 U.S.C. § 1367(c)(3); and

(7)     Defendant's pending motion to dismiss (Doc. # 4) is DENIED as moot.

DONE this 16th day of May, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE